WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

INDIAN HARBOR INSURANCE

    Plaintiff(s),

Case No. 1:14-CV-01017

v.

CLIFFORD ZUCKER, ET AL

    Defendant(s).
_____/

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **Indian Harbor Insurance** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   XL Specialty Insurance Company (parent); XL Group PLC (grandparent)

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: September 29, 2014

(Signature)
Michael J. Roth (P51795)
Law Weathers
333 Bridge Street, NW, Suite 800
Grand Rapids, MI 49504
(616) 459-1171