## APPENDIX A

| Joint Exhibit No. | Description |
| --- | --- |
| 1 | Complaint, *Zucker v. Reid*, No. 1:14-cv-850-JTN (W.D. Mich. Aug. 8, 2014), Doc. 1 |
| 2 | PACER Docket, *In re Capitol Bancorp Ltd.*, No. 12-58409-MBM (Bankr. E.D. Mich.) (accessed on Feb. 16, 2015) |
| 3 (Under Seal) | Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Derivative Standing to Investigate, Assert and Prosecute Claims Against the Debtors' Officers and Directors, and Authority to Hold, Assert and if Necessary, Waive Certain Privileges on Behalf of the Estate (Under Seal), *In re Capitol Bancorp Ltd.*, No. 12-58409-MBM (Bankr. E.D. Mich. May 23, 2013), Doc. 443 (the "Committee Motion") |
| 4 | Order Denying Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Derivative Standing to Investigate, Assert and Prosecute Claims against the Debtors' Officers and Directors, *In re Capitol Bancorp Ltd.*, No. 12-58409-MBM (Bankr. E.D. Mich. July 11, 2013), Doc. 517 |
| 5 | Debtors' Motion for an Order Authorizing Settlement Agreement with Official Committee of Unsecured Creditors, *In re Capitol Bancorp Ltd.*, No. 12-58409-MBM (Bankr. E.D. Mich. Dec. 31, 2013), Doc. 751 (the "Settlement Motion") |
| 6 | Amended Joint Liquidating Plan of Capitol Bancorp Ltd. and Financial Commerce Corporation, *In re Capitol Bancorp Ltd.*, No. 12-58409-MBM (Bankr. E.D. Mich. Jan. 27, 2013), Doc. 780 (the "Amended Plan") |
| 7 | Findings of Fact, Conclusions of Law and Order Granting Final Approval of Amended Disclosure Statement and Confirming Amended Joint Liquidating Plan of Capitol Bancorp Ltd. and Financial Commerce Corporation, *In re Capitol Bancorp Ltd.*, No. 12-58409-MBM (Bankr. E.D. Mich. Jan. 29, 2013), Doc. 785 (the "Confirmation Order") |
| 8 | Liquidation Trust Agreement and Declaration of Trust (Feb. 3, 2014) (the "Liquidation Trust Agreement") |
| 9 | Letter from Cristin Reid to Clifford Zucker (Aug. 8, 2014) |
| 10 | E-mail from Jan Spencer of HUB International Midwest Ltd. to XL Insurance, claims manager for Indian Harbor (proclaimnewnotices@xlgroup.com) (May 30, 2013) |
| 11 | Letter from Leslie Ahari of Troutman Sanders LLP, on behalf of Indian Harbor, to Jonah Sjoquist of Capitol Bancorp (July 3, 2013) |

| 12 | E-mail from Jan Spencer of HUB International Midwest Ltd. to, among others, Bill Stanford of XL Insurance (July 16, 2013) |
|---|---|
| 13 | E-mail from Jan Spencer of HUB International Midwest Ltd. to, among others, Bill Stanford of XL Insurance (Aug. 20, 2013) |
| 14 | Letter from Leslie Ahari of Troutman Sanders LLP, on behalf of Indian Harbor, to Jonah Sjoquist of Capitol Bancorp (Aug. 27, 2013) |
| 15 | E-mail from Jonah Sjoquist of Capitol Bancorp to Jan Spencer of HUB International Midwest Ltd., with copies to, among others, Bill Stanford of XL Insurance and Leslie Ahari of Troutman Sanders LLP, with attachments (Dec. 17, 2013) |
| 16 | Letter from Leslie Ahari of Troutman Sanders LLP, on behalf of Indian Harbor, to Jonah Sjoquist of Capitol Bancorp (Dec. 31, 2013) |
| 17 | E-mail from Jan Spencer of HUB International Midwest Ltd. to Bill Stanford of XL Insurance (Aug. 7, 2014), forwarding E-mail from Jeffrey Widman of Shaw Fishman Glantz & Towbin LLC, on behalf of the Trustee, to Cristin Reid and Brian English (Aug. 7, 2014) |
| 18 | Letter from Leslie Ahari of Troutman Sanders LLP, on behalf of Indian Harbor, to Jonah Sjoquist of Capitol Bancorp (Sept. 4, 2014) |
| 19 | Motion of Cristin Reid and Brian English to Enforce Indemnification Obligations and to Enjoin Trustee Litigation, *In re Capitol Bancorp Ltd.*, No. 12-58409-MBM (Bankr. E.D. Mich. Oct. 23, 2014), Doc. 902 |
| 20 | Transcript of November 25, 2014 Hearing on Motion of Cristin Reid and Brian English to Enforce Indemnification Obligations and to Enjoin Trustee Litigation Before the Honorable Marci B. McIvor, *In re Capitol Bancorp Ltd.*, No. 12-58409-MBM (Bankr. E.D. Mich.) |
| 21 | Order Denying Motion of Cristin Reid and Brian English to Enforce Indemnification Obligations and to Enjoin Trustee Litigation, *In re Capitol Bancorp Ltd.*, No. 12-58409-MBM (Bankr. E.D. Mich. Nov. 25, 2014), Doc. 916 |